Filing # 121627871 E-Filed 02/19/2021 10:49:13 AM

IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO.:
DIVISION:

TANEKIA DURHAM,

    Plaintiff,

vs.

WAL-MART STORES EAST, LP,

    Defendant.

_____ /

## COMPLAINT

Plaintiff, TANEKIA DURHAM, hereby sues Defendant, WAL-MART STORES EAST, LP (hereinafter "WAL-MART"), and alleges:

1. This is an action for damages that exceeds the sum of THIRTY THOUSAND DOLLARS ($30,000.00), exclusive of costs, interest and attorneys' fees.

2. At all times material hereto, including May 30, 2020, Plaintiff, TANEKIA DURHAM, was, and remains, a resident of Clay County, Florida.

3. At all times material hereto, including May 30, 2020, Defendant, WAL-MART, was, and remains, a foreign profit:

    a) operating, conducting, engaging in or carrying on a business or business venture in this State or having an office or agency in this state; and/or

    b) engaged in substantial and not isolated activity within this state.

4. At all times material hereto, including May 30, 2020, Defendant, WAL-MART, owned and/or controlled a retractable metal "dock door" located in the loading dock area of the store, which was free standing on the property located at 9890 Hutchinson Park Drive, Jacksonville, Duval County, Florida.

5. At all times material hereto, including May 30, 2020, Defendant, WAL-MART, as the owner of the subject retractable metal dock door located in the loading dock area of the store, had a duty to use reasonable care in the use of said door.

6. At all times material hereto, including May 30, 2020, Plaintiff, TANEKIA DURHAM, was a business invitee lawfully on the subject property.

7. At the above time and place, Plaintiff, TANEKIA DURHAM, was attempting to unlock her own trailer door when the negligence of Defendant, WAL-MART's employees caused the subject retractable metal dock door to fall down onto her person.

8. At all times material hereto, including May 30, 2020, Defendant, WAL-MART, breached its duty owed to Plaintiff, TANEKIA DURHAM , by committing one or more of the following omissions or commissions:

   a) Negligently failing to maintain or adequately maintain the subject dock door on or prior to May 30, 2020 which allowed the subject dock door to fall into a condition of disrepair thereby allowing and/or causing the subject dock door to collapse onto Plaintiff, TANEKIA DURHAM, on or about May 30, 2020, thereby causing the Plaintiff, TANEKIA DURHAM , to sustain serious injuries;

   b) Negligently failing to inspect or adequately inspect the subject dock door on or prior to May 30, 2020 to ascertain that the subject dock door had fallen into a condition of disrepair, which allowed and/or caused the metal lift gate of the subject dock door to break and collapse on May 30, 2020, thereby causing the Plaintiff, TANEKIA DURHAM , to sustain serious injuries;

   c) Negligently failing to warn or adequately warn the Plaintiff of the danger of the subject dock door on or prior to May 30, 2020, such that she was unable to ascertain the danger of the subject dock door and/or protect herself from the subject dock door when it collapsed onto her on May 30, 2020, thereby causing the Plaintiff, TANEKIA DURHAM, to sustain serious injuries;

   d) Negligently failing to train or adequately train its employees on the safe use of the subject dock door such that the negligent acts of said employees caused the subject dock door to collapse onto Plaintiff, TANEKIA DURHAM, and cause her to sustain serious injuries; and/or

   e) Negligently failing to correct or adequately correct, prior to May 30, 2020, the unreasonably dangerous condition of the subject dock door, which allowed and/or caused the subject dock door to collapse onto Plaintiff, TANEKIA DURHAM, on May 30, 2020, while being operated by Defendant, WAL-MART's employees, thereby causing the Plaintiff, TANEKIA DURHAM , to sustain serious injuries.

14. Consequently, on May 30, 2020, at the place specified above, Plaintiff, TANEKIA DURHAM, was attempting to unlock her own trailer door when the negligence of Defendant, WAL-MART's employees caused the subject retractable metal dock door to fall down onto her person.

15. As a result of the above-described negligence, the Plaintiff, TANEKIA DURHAM, suffered bodily injury and resulting suffering, pain, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, loss of the ability to care for his home, his household and his personal needs, and aggravation of any previously existing condition. The losses are either permanent or continuing, and the Plaintiff, TANEKIA DURHAM, will suffer the losses in the future.

**WHEREFORE,** Plaintiff, TANEKIA DURHAM, demands judgment against Defendant, WAL-MART, for damages, costs of this action, interest, and such other and further relief as this Court may deem meet and just.

### DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury of all issues so triable.

**RESPECTFULLY** submitted this 18th day of February, 2021.

**MORGAN & MORGAN, P.A.**

*/s/ Sarah A. Foster*
SARAH A. FOSTER, ESQUIRE
FL Bar No.: 0115462
76 South Laura Street, Suite 1100
Jacksonville, Florida 32202
Telephone: (904) 361-4442
Facsimile: (904) 361-7242
Primary: sarahfoster@forthepeople.com
Secondary: vharrison@forthepeople.com
Secondary: lcubera@forthepeople.com
*Attorney for Plaintiff*